

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT 23 PM 12: 20

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JUDSON RUFFIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 107-040 |
| ) | |
| DANNIE THOMPSON, Warden, ) | |
| ) | |
| Respondent. ) | |

# O R D E R

Petitioner Judson Ruffin, an inmate currently incarcerated at Calhoun State Prison, in Morgan, Georgia, brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee. The matter is before the Court on Petitioner's "Motion to Dismiss Without Prejudice." (Doc. no. 13). While the Court construed the petition for habeas relief as one filed pursuant to 28 U.S.C. § 2254 and allowed process to issue, the record reflects that the respondent has not yet filed an answer.[1] Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(i),[2] the Clerk of Court is **DIRECTED**

---

[1] By Order dated October 2, 2007, the Court explained to Petitioner that although he had titled his petition as one brought pursuant to 28 U.S.C. § 2241, the petition is in fact a request for relief afforded by 28 U.S.C. § 2254. (Doc. no. 12).

[2] Under Rule 11 of the Rules Governing Section 2254 cases, "[t]he Federal Rules of Civil Procedure, to the extent they are not inconsistent with these, rules, may be applied, when appropriate, to petitions filed under these rules."

to **DISMISS** this civil action without prejudice.[3]

SO ORDERED this 23rd day of October, 2007, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[3] The Clerk is **DIRECTED** to serve this Order on Petitioner, Respondent, and the Honorable Thurbert E. Baker, Attorney General, 40 Capital Square, Suite 134, Atlanta, GA 30334-1300.